IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID S KELLEY, | § § § | |
| *Plaintiff*, | § § | NO. 1:25-CV-00191-MJT |
| v. | § § | JUDGE MICHAEL TRUNCALE |
| RONNIE COCHRAN, DANNY BENTSON, PHILIP WHITE, GARY FOMBY, LEONARD POWELL, II, COURTNEY PONTHIER, MISTI SPACEK, | § § § § § § | |
| *Defendants*. | § | |

ORDER OVERRULING PLAINTIFF'S OBJECTIONS
AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On April 24, 2025, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pre-trial management. On September 16, 2025, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 30] recommending dismissal of *pro se* Plaintiff David S. Kelley's case as he did not allege a viable § 1983 claim under 42 U.S.C. § 1983. On September 18, 2025, Kelley filed objections to Judge Hawthorn's report [Dkt. 31], and a separate *Motion for Summary Judgment* [Dkt. 32]. The two documents are practically identical.

A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects. 28 U.S.C. § 636(b)(l)(c); Fed. R. Civ. P. 72(b)(2)–(3). The Court has reviewed Judge Hawthorn's *Report and Recommendation* and has considered Kelley's objection and *Motion for Summary Judgment*. The Court holds that Judge Hawthorn's findings

and conclusions of law are correct, and that Kelley's objections and *Motion for Summary Judgment* are without merit.

Kelley's § 1983 claims fail because the First Amendment does not guarantee a constitutional right of access to county financial records, and the Petition Clause does not impose an obligation on officials to respond to public records requests.[1] The claims against the District Attorney and Assistant District Attorney in their official capacities are barred by Eleventh Amendment immunity, and the remaining individual-capacity claims are foreclosed, even if a constitutional right was assumed, by qualified immunity because no clearly established law placed the alleged conduct beyond debate.[2] With all federal claims dismissed, the Court declines to exercise supplemental jurisdiction over Kelley's remaining Texas Public Information Act claim.

It is, therefore, ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 30] is ADOPTED and that Plaintiff's objection [Dkt. 31] is OVERRULED. A final judgment will be entered in this case, in accordance with the magistrate judge's recommendation.

**SIGNED this 30th day of September, 2025.**

Michael J. Truncale
United States District Judge

---

[1] *Dallas Police and Fire Pension System v. Alexander*, No. 4:17-CV-00631-ALM-KPJ, 2020 WL 9936144, at *10-11 (E.D. Tex. Mar. 26, 2020); *Smith v. Arkansas State Highway Emp., Local 1315*, 441 U.S. 463, 465 (1979).

[2] *Monell v. Dep't. of Social Services*, 436 U.S. 658, 694 (1978); *Ashcroft v. al-Kidd*, 563 U.S. 731, 741 (citing *Anderson v. Creighton*, 483 U.S. 653, 640 (1987).